PHILLIP A. TALBERT
United States Attorney
KATRINA BROWNSON
KAREN ESCOBAR
Assistant United States Attorneys
2500 Tulare Street, Ste 4401
Fresno, CA 93721
Telephone: (559) 497-4048

**SEALED**

FILED
Aug 07, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br>  v.<br><br>Luis Eduardo Sanchez Azpeitia,<br><br>        Defendant. | CASE NO. 1:23-mj-00091 BAM<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

**SEALING ORDER**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: 8/4/23

*B. McAuliffe*
Hon. Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE