PHILLIP A. TALBERT
United States Attorney
KATRINA BROWNSON
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

**FILED**

AUG 07 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LUIS EDUARDO SANCHEZ-AZPEITIA, <br><br> Defendant. | CASE NO.: 1:23-MJ91-BAM <br><br> ORDER TO UNSEAL CRIMINAL COMPLAINT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the complaint in the above-captioned matter be, and is, unsealed.

Dated: 8/7/23

The Honorable Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE