HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
GRIFFIN ESTES, CA Bar #322095
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
LUIS EDUARDO SANCHEZ AZPEITIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00161-JLT-SAB |
| Plaintiff, | ORDER FOR RELEASE |
| vs. | Judge: Hon. Jennifer L. Thurston |
| LUIS EDUARDO SANCHEZ AZPEITIA, | |
| Defendant. | |

IT IS HEREBY ORDERED that defendant Luis Eduardo Sanchez Azpeitia (Fresno County Sheriff's Office JID No. 7118140) shall be released from the Fresno County Jail forthwith.

IT IS SO ORDERED.

Dated:  **February 20, 2024**

_____
UNITED STATES DISTRICT JUDGE